# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 13, 2023

Lyle W. Cayce
Clerk

No. 22-30404

Alex Wilkins,

*Plaintiff—Appellee*,

*versus*

Michael Liberto, *Deputy*; Matthew Severns, *Deputy*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-2728

_____

Before King, Jones, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The panel has carefully considered this appeal in light of the oral argument, briefs, and pertinent portions of the record. Having done so, we are constrained to agree with the district court that genuine issues of material fact exist, precluding our appellate review on interlocutory appeal. *See Edwards v. Oliver*, 31 F.4th 925 (5th Cir. 2022). APPEAL DISMISSED.

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.